**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**
www.okwd.uscourts.gov

**ROBERT D. DENNIS**
CLERK OF COURT
**RHONDA REYNOLDS**
CHIEF DEPUTY CLERK

200 N.W. 4th Street, Room 1210
Oklahoma City, OK 73102
(405) 609-5000   Fax (405) 609-5099

July 22, 2010

Deborah Colmyer
USBC District of Delaware
824 North Market Street
3rd Floor
Wilmington, Delaware 19801

*FILED 2010 JUL 27 PM 3:[illegible] CLERK US BANKRUPTCY DISTRICT OF [illegible]*

Re:   CIV-10-544-HE; Arrow Oil & Gas Inc et al.
v  Calcasieu Refining Company et al

Dear Clerk:

The above action has been transferred to your court pursuant to the order of District Judge Joe Heaton entered on 07/22/10.

Enclosed is a certified copy of the transfer order and docket sheet. You may access our electronic case file at https://ecf.okwd.uscourts.gov using your court's PACER login and password. Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt of the certified copy of the transfer order and docket sheet by returning a received stamped copy of this letter.

If you have any questions, please do not hesitate to call.

Sincerely,

ROBERT D. DENNIS, CLERK OF COURT

By Pamela L. Weeks
DEPUTY CLERK

10-51828 BLS

Enc.

Rvsd 08-09